## JOYCE v. CLOVERBROOK HOMES, INC.

No. 421P86.

Case below: 81 N.C. App. 270.

Petition filed by defendant (Cloverbrook Homes, Inc.) for temporary stay allowed subject to continuance of $62,000 cash bond 15 July 1986.

## KENDRICK v. CITY OF GREENSBORO

No. 291P86.

Case below: 80 N.C. App. 183.

Petition by defendants for discretionary review under G.S. 7A-31 denied 2 July 1986.

## MAINOR v. K-MART CORP.

No. 199P86.

Case below: 79 N.C. App. 414.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 July 1986.

## NATIONWIDE MUTUAL INS. CO. v. LAND

No. 58PA86.

Case below: 78 N.C. App. 342.

Petition by several defendants for discretionary review under G.S. 7A-31 allowed 2 July 1986.

## NELSON v. CHANG

No. 65P86.

Case below: 78 N.C. App. 471.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 July 1986.